Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
Jared@sandiegoconsumerattorneys.com
SEMNAR & HARTMAN, LLP
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone (619) 500-4187; Fax (888) 819-8230

Attorneys for Plaintiff,
KIM BEAUCHAMP LEGAT

## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BEAUCHAMP-LEGAT, an individual<br><br>            Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.; and DOES 1-10;<br><br>            Defendant. | Case No.: 5:15-cv-02329-VAP-DTB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES, DEADLINES, AND HEARINGS** |

    PLEASE TAKE NOTICE that the parties have reached a settlement in this matter to resolve all claims and allegations.  Plaintiff requests that the Court vacate all pending dates, deadlines, and hearings and place the matter on the Court's inactive calendar but retain jurisdiction for a period of 75 days to enforce final execution of the terms, as the settlement agreement calls for the terms to be executed over a period of 60 days from today's date.

                                          SEMNAR & HARTMAN, LLP

DATED: 12/14/2015              */s/ Jared M. Hartman*
                                        BABAK SEMNAR, ESQ.
                                        Attorneys for Plaintiff