# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:15-cv-02329-VAP(DTBx)                    Date December 23, 2015

Title: Kim Beauchamp-Legat -v- First National Collection Bureau, Inc.

Present: The Honorable VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  Wendy Rogers  | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

  None                                                                  None

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within  60  days.
Make JS-6.

☒ Other  Notice of Settlement filed on December 14, 2015 [Doc. No. 10].

☐ Entered _____.

Initials of Preparer    wr